UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-81281-CIV-ROSENBERG/HOPKINS

FRISCULE DESJARDINS,

    Plaintiff

v.

ARRABIATAS, INC. and
DAVID TRANES,

    Defendants
_____/

## ORDER GRANTING MOTION TO APPROVE
## SETTLEMENTAND DISMISS CASE WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Motion to Approve Settlement and Dismiss Case with Prejudice [DE 13]. The Court has carefully reviewed the Motion and the Settlement Agreement attached thereto, and is otherwise fully advised in the premises. In particular, the Court notes that the parties have explained, with specificity, why the settlement agreement represents a fair and reasonable resolution of a bona fide dispute between the parties, how the attorney's fees were calculated and why the amount of the fees is reasonable, and why the mutual release of claims is warranted in this case. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The parties' Motion to Approve Settlement and Dismiss Case with Prejudice [DE 13] is **GRANTED**;

2. The Court hereby **APPROVES** the Settlement Agreement and Full and Final Release of Claims attached to the parties' Motion.

3. The case is **DISMISSED WITH PREJUDICE**, with each party to bear its own attorney's fees and cost except as set forth in the Settlement Agreement and Full and Final Release of Claims.

**DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 11th day of January, 2018.

                                                      ROBIN L. ROSENBERG
                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record